FILED IN THE
U.S. DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

Apr 16, 2018

SEAN F. McAVOY, CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>KEITH RIEXINGER; TAMRA RIEXINGER; and RIEXINGER ENTERPRISES INC, doing business as Crossroads Construction,<br><br>Defendants. | No. 1:16-CV-03191-SMJ<br><br>**ORDER DISMISSING CASE** |

On April 13, 2018, the parties filed a stipulated dismissal, ECF No. 36. Consistent with the parties' agreement and Federal Rule of Civil Procedure 41(a)(2), **IT IS HEREBY ORDERED:**

**1.** The parties' Joint Motion for Dismissal and Notice of Settlement, **ECF No. 36**, is **GRANTED.**

**2.** All claims are **DISMISSED WITHOUT PREJUDICE,** effective **May 2, 2018,** subject to reinstatement upon the application of either Party in the event that the Parties are unable to informally resolve their disagreement regarding interpretation of or compliance with the Settlement Agreement.

ORDER **-** 1

**3.**	All parties shall bear their own costs and attorneys' fees.

**4.**	All pending motions are **DENIED AS MOOT.**

**5.**	All hearings and other deadlines are **STRICKEN.**

**6.**	The Clerk's Office is directed to **CLOSE** this file.

**IT IS SO ORDERED.**  The Clerk's Office is directed to enter this Order and provide copies to all counsel.

**DATED** this 16th day of April 2018.

_____
SALVADOR MENDOZA, JR.
United States District Judge